# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:15CR00404 HEA-1 |
| **JOSE ALFREDO VELAZQUEZ** | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW defendant Jose Alfredo Velazquez, by his attorney, Mark A. Hammer ("counsel"), and hereby moves to continue the sentencing in this matter, currently scheduled for February 17, 2021.  The parties are asking for a new sentencing date in approximately ninety days.

Counsel has spoken to AUSA Reilly who has no objection to the proposed continuance.

                              Respectfully submitted,

                              /s/ Mark A. Hammer

Mark A. Hammer, Bar #61542MO
The Hammer Law Firm, LLC
100 Chesterfield Business Pkwy, Ste 200
Chesterfield, MO  63005
314-651-9311

## *CERTIFICATE OF SERVICE*

I certify that, on February 16, 2021, a copy of this document was electronically filed with the Clerk of Court, and served on all counsel of record, by the CM-ECF system.

/s/ Mark A. Hammer
_____